UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00430

**James Anthony Hunter,**
*Plaintiff,*

v.

**Larry Smith et al.,**
*Defendants.*

# ORDER

Plaintiff James Anthony Hunter, a prisoner proceeding pro se, filed this civil-rights proceeding pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love.

On December 16, 2024, the magistrate judge issued a report recommending that plaintiff's motions for default judgment (Docs. 57, 68) be denied as meritless. Doc. 74. A copy of this report was sent to plaintiff at his last-known address. The docket reflects that plaintiff received a copy of the report. Doc. 79. To date, plaintiff has not filed objections, and the deadline for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motions for default judgment (Docs. 57, 68) are denied.

*So ordered by the court on February 20, 2025.*

J. CAMPBELL BARKER
United States District Judge